UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANGELA PATRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:15-cv-00183-RLY-TAB |
| | ) |
| LIFETIME RESOURCES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal, and the Court, being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted.  IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice.  Each party shall bear its/her own costs and attorneys' fees.

DATED:  8/04/2016

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF